# Notice

[2:17-cr-00189]

Clerk, U.S. District Court
Southern District of Texas
FILED

MAY 22 2017

David J. Bradley, Clerk of Court

'i' woman: Vanesa Gonzales, **require** of **no threat(s)** or any form of communication that does cause terrorize; vexation; to said 'i', to involuntary render service(s) to any man, and/or, woman, "ACTING" as "MEMBER" of this "COURT"

establish/clarify meaning of "this COURT": Case No. 2:17-cr-00189

**'i', wish of no harm, cause to 'i' woman, and/or, any of mine person(s);**

'i' verify herein and will verify in open court all herein be truth;

x /s/ Vanesa Gonzales
'i, woman;

Postal office box 18237
Corpus Christi Texas
78480