notice [2:17-cr-189]

Dear Bob,

Greetings, may this date bring blessings and joy;

'i' woman: Vanesa Gonzales, hear Robert Douglas Thorpe Jr., the man "ACTING" as "ASSISTANT UNITED STATES ATTORNEY" wish to try Case No. 2:17-cr-189, at this time, said 'i', require to have answer forthwith; to this of importance matter:

Who's Case is Case No. 2:17-cr-189?

perceive/notice; 'i', have ATTORNEY, not; 'i' have LEGAL COUNSEL, not;

Verily, 'i' have intention(s) not; to ever hire/get/have and/or accept an ATTORNEY and/or LEGAL COUNSEL; therefore speak/answer directly to 'i', woman;

answer is require at/within 72 hours of this letter(s) Service to you, at: 800 NORTH SHORELINE BOULEVARD SUITE 500 CORPUS CHRISTI, TEXAS 78401

answer 'i' at/to: Postal office box 18237 CORPUS CHRISTI, TEXAS 78480 within 72 hours. immediate heed will please said 'i'.

any retard/probry does and will cause harm to 'i': woman; 'i' wish and, kindly require to be harm not; to 'i' and/or any of mine person(s);

God bless;

June 10, 2017                    X Vanesa Gonzales
Postal office box 18237              'i', woman;
CORPUS CHRISTI TEXAS

United States Courts
Southern District of Texas
FILED
JUN 15 2017
David J. Bradley, Clerk of Court