Notice

[Case No. 2:17-cr-189]

`i` woman: Vanesa Gonzales, give thanks, for the wonderful presentment/offer of "LEGAL COUNSEL, ATTORNEY, and/or, PUBLIC DEFENDER".

Yet, at this time, `i`, have not, anything of equal Value/similitude to tender/offer to this "COURT";

Therefore, it would be Proper not; for said "i", to accept such lovely offer at this time or, ever;

`i`, accept not; LEGAL COUNSEL/ATTORNEY; and/or any other "ACTING MEMBER" of this "COURT"

`i`, wish, and require, to have burden not; and/or, owe debt for Service(s) render[ed] to said `i`, at this time and/or, ever. [in the future].

`i` verify herein, and will verify in open court all herein is truth.

X Vanesa Gonzales
`i`, woman;

Postal office box 18237
Corpus Christi Texas
78480

United States Courts
Southern District of Texas
FILED

JUN 15 2017

David J. Bradley, Clerk of Court