notice
[2:17-cr-189]

United States Courts
Southern District of Texas
FILED

JUN 19 2017

David J. Bradley, Clerk of Court

Any document(s)/evidence/presentation, and/or, fact(s) brought forth by way of ASSISTANT UNITED STATES ATTORNEY/ATTORNEY is to be deem[ed], notice; consider as hearsay; because there is no first-hand knowledge of anything that transpired on those day(s) in question.

any documents presented to this "COURT" without having first-hand knowledge to utter in viva voce is deem, notice hearsay;

"i" verify herein, and will verify in open court all herein be truth;

Postal office box 18237
CORPUS CHRISTI TEXAS
78480

x Vanesa Gonzales
"i, woman;