Notice  [June 19 2017]    United States Courts
                          Southern District of Texas
[2:17-cr-189]                      FILED

                                JUL 3 1 2017

                          David J. Bradley, Clerk of Court

Any document(s) /evidence /presentation, and/or, fact(s)

brought forth by way of ASSISTANT UNITED STATES ATTORNEY/ ATTORNEY is to be deem[ed], notice; consider

as hearsay; because there is no first-hand knowledge of anything that transpired on those day(s) in question.

any documents presented to this "COURT" without having first-hand knowledge to utter in viva voce is deem, notice hearsay.

`i', verify herein, and will verify in open court all herein be truth;

x  *Vanessa Gonzales*

Postal office box 18237 corpus Christi texas 78480      'i', woman;