UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. C-17-189-2 |
| | § | |
| VANESA GONZALES | § | |

## ORDER FINDING DEFENDANT NOT COMPETENT TO STAND TRIAL AND COMMITTING DEFENDANT FOR TREATMENT PURSUANT TO 18 U.S.C. 4241(d)

On October 16, 2017, this court conducted a hearing pursuant to 18 U.S.C. § 4241(d) to determine the mental competency of the defendant, Vanesa Gonzales. During the hearing the Court reviewed the report of Dr. Troy Martinez concerning the mental status of the defendant. After consideration of Dr. Martinez' report, the comments of counsel, the comments of the defendant, and the Court's own observations of the defendant, the Court finds by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her and properly assist in her own defense.

Therefore, it is ORDERED that the defendant be committed to the custody of the Attorney General, and that the Attorney General shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future she will attain the capacity to permit the proceedings to go forward.

It is further ORDERED the period of hospitalization may not exceed four months unless extended by judicial findings made pursuant to 18 U.S.C. § 4241(d)(2)(A); and no later than 90

days after the defendant's period of hospitalization begins the Attorney General shall report to this Court on the defendant's status including whether an extension of the commitment period will be sought pursuant to 18 U.S.C. § 4241(d)(2)(A).

SIGNED this ___ day of October, 2017.

                                                  _____
                                                  JOHN D. RAINEY
                                                  SENIOR UNITED STATES DISTRICT JUDGE